# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZAVODNICK, ZAVODNICK, AND LASKY, LLC *et al.*, *Plaintiffs* | : : : : | CIVIL ACTION NO. 17-4762 |
| v. | : : | |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY *Defendant* | : : : | |

## ORDER

**AND NOW**, this 1st day of March 2019, upon consideration of:

1. the *motion for summary judgment* filed by Plaintiffs Zavodnick, Zavodnick, & Lasky, LLC and Todd Lasky ("Plaintiffs"), [ECF 21], the response in opposition thereto filed by Defendant National Liability & Fire Insurance Company ("Defendant"), [ECF 25], and

2. the *motion for summary judgment* filed by Defendant, [ECF 22], and the response in opposition thereto filed by Plaintiffs, [ECF 26],

it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's *motion for summary judgment*, [ECF 22], is **GRANTED**, and Plaintiffs' *motion for summary judgment*, [ECF 21], is **DENIED**. It is further **ORDERED** that **JUDGMENT** is entered in favor of Defendant National Liability & Fire Insurance Company and against Plaintiffs Zavodnick, Zavodnick, & Lasky, LLC and Todd Lasky.

Consequently, it is declared that Defendant is not obligated to provide defense and/or indemnity insurance coverage to Plaintiffs under the National Lawyers Professional Liability insurance policy number 73LPL105558, with respect to the claims asserted against Plaintiffs in the action captioned *Kenneth E. Ayers and Pamela Ayers v. Todd A. Lasky, Esquire, et al.*, Case No. 170602171, in the Court of Common Pleas of Philadelphia County, Pennsylvania.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*